AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED

AUG 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Colby F. Dill

V.

U.S. Government

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01100
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/18/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' *Pro se* (name and address)

Colby F. Dill
61 Dennison St.
Auburn, Maine
04210

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

JUN 1 8 2007

DATE

(By) DEPUTY CLERK

Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0000 0159 8781
Status: Delivered

Your item was delivered at 4:45 AM on July 17, 2007 in WASHINGTON, DC 20530.

Enter Label/Receipt Number

Additional Details >    Return to USPS com Home >

Get current event information or updates for your item sent to you or others by email.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L Pohn_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>JUL 17 2007<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1  Article Addressed to:<br><br>U.S. ATTORNEY<br>501 3RD. ST. N.W.<br>WASHINGTON, D.C. 20001 | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 3110 0000 0159 8781 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Colby F. Dill

V.

U.S. GOVERNMENT

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01100
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/18/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~'S ATTORNEY~~    *PRO SE*    (name and address)

Colby F. Dill
61 Dennison St.
Auburn, Maine
04210

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN 1 8 2007
_____        _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

## Search Results

Label/Receipt Number: 7005 3110 0000 0159 8613
Status: **Delivered**

Your item was delivered at 4:38 AM on July 16, 2007 in WASHINGTON, DC 20530.

Enter Label/Receipt Numbe

*Additional Details >*     *Return to USPS com Home >*

Get current event information or updates for your item sent to you or others by email.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) JUL 1 6 2007   C. Date of Delivery |
| 1. Article Addressed to:<br><br>*U. S. ATTORNEY GENERAL*<br>*D. O. J.*<br>*950 PENNSYLVANIA AVE. NW*<br>*WASHINGTON, D.C. 20530* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(Transfer from servic | 7005 3110 0000 0159 8613 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540