UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLBY F. DILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　　Defendant. | Civil Action 07-01100 (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

　　This matter comes before the court upon defendant's motion to dismiss, filed September 14, 2007 [# 4]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509.

　　Accordingly, it is by the court this 17th day of September, 2007 hereby

　　**ORDERED** that plaintiff file an opposition to defendant's motion on or before October 18, 2007. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant. *See* LCvR 7(b).

　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge