UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLBY F. DILL,<br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES GOVERNMENT,<br><br>            Defendant. | Civil Action 07-01100  (HHK) |

MEMORANDUM

On June 18, 2007, plaintiff, proceeding *pro se*, filed this action, which, inter alia, challenges certain alleged tax collection actions of the Internal Revenue Service.  On September 14, 2007, defendant filed a motion to dismiss.

On September 17, 2007, the court issued an order, in accordance with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).  The order advised plaintiff that if he failed to respond to defendant's motion the court could treat the motion as conceded and enter judgment in favor of defendant pursuant to Local Rule 7(b).  Rule 7(b) states, in pertinent part, that if a memorandum of points and authorities in opposition to a motion is not filed, "the court may treat the motion as conceded." LCvR 7(b).

Plaintiff has not filed a memorandum of points and authorities in opposition to defendant's motion to dismiss.  Consequently, the court shall deem the motion as conceded.  The court also observes that defendant's motion appears to have substantive merit. An appropriate order accompanies this memorandum.

                                                                          Henry H. Kennedy, Jr.
                                                                          United States District Judge

Dated: November 17, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLBY F. DILL,**<br>         **Plaintiff,**<br><br>     v.<br><br>**UNITED STATES GOVERNMENT,**<br><br>         **Defendant.** | Civil Action 07-01100  (HHK) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 17th day of November, 2007, hereby

**ORDERED** and **ADJUDGED** that this action is **DISMISSED**.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Court